UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:98-CR-7-2-Mu

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| MARION PROMISE (2), | ) | |
| Defendant. | ) | |

THIS MOTION IS BEFORE THE COURT on Defendant's Motion to Modify/Correct Sentence [doc. #559] filed on June 22, 2012. The Court notes that defendant, through his counsel, filed a motion to reduce his sentence pursuant to 18 USC §3582(c)(2) on the basis of Amendment 706 to the U.S. Sentencing Guidelines, applicable to crack cocaine offenses. On August 28, 2009, this Court granted defendant's motion reducing defendant's sentence from 360 months to 324 months. On June 6, 2012, the court further reduced defendant's sentence to 262 months.

Defendant has not established a clear error of law and therefore his motion is DENIED.

SO ORDERED.                                Signed: October 23, 2012

Graham C. Mullen
United States District Judge