IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:98cr7-9

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WILLIAM PATRICK MILLER (9) | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT ON the Motion to Modify Defendant's Term of Supervised Release [doc. 563]. It appears to the Court that a response was due by January 28, 2013, and that no such response has been made. IT IS, THEREFORE, ORDERED that the government file a response by **February 20, 2013.**

IT IS SO ORDERED.

Signed: February 6, 2013

Graham C. Mullen
United States District Judge